BEZALEEL H. DUPIGNAO, Appellant, *v.* MARGARETTA DUPIGNAO et al., Respondents.

(Argued October 4, 1887; decided October 18, 1887.)

*Louis C. Waehner* for appellant.

*James Troy* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

MICHAEL L. HUNT, Appellant, *v.* THE CITY OF OSWEGO, Respondent.

(Submitted October 4, 1887; decided October 18, 1887.)

This case presented the same question and was decided on authority of *Gage* v. *Village of Hornellsville* (106 N. Y. 667).

*W. H. Kenyon* for appellant.

*Elisha B. Powell* for respondent.

RUGER, Ch. J., reads *mem.* for reversal of order of General Term, and affirmance of that of Special Term.
All concur.
Ordered accordingly.